# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

145674

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JAMES DONALD MOORE,
     Defendant-Appellant.

SC: 145674
COA: 309615
Kent CC: 04-004011-FC
           04-004013-FC

_____/

      On order of the Court, the application for leave to appeal the May 25, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

h1113